AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California, Oakland

FILED
FEB 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) |
|---|---|
| v. | ) Case No. CR 19-080 HSG |
| DUSTIN BELLINGER | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/19/19

_Defendant's signature_

_Signature of defendant's attorney_

David W. Rizk
_Printed name of defendant's attorney_

_Judge's signature_

U.S. Magistrate Judge Donna M. Ryu
_Judge's printed name and title_